FILED
CLERK, U.S. DISTRICT COURT

JULY - 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ DEPUTY

U. S. DISTRICT Court of Central California
office of the clerk
255 E. Temple ST #180 Los Angeles, CA 90012
July 6, 2022

RELATED DDJ

2:22-CV-04578-JFW-SP

Kryst zawadzki
A petitioner

U.

DEPT of JUSTICE
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state For injury

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount
of damage is $~~Ten millions dollars~~. I am injured To
Reduce To Five millions dollars
Redress required, For plus Ten Thousand dollars every month living
Cost. without Tax and citizenship papers. I want VISIT To seaul korea
a claim by Kryst zawadzki a pro se required

Reason by citizenship papers denyed For gambling charged
no discrimination

name: Kryst zawadzki

an amended, a relief
a Forthwith

Address: 360 w. ocean BlVD #1104
Long Beach, CA 90802

Date: July 6, 2022

Case 2:22-cv-04578-JFW-SP   Document 1   Filed 07/01/22   Page 2 of 2   Page ID #:2

Kryst Zawadzki
360 W. Ocean Blvd #1104
Long Beach, CA 90802

Legal Mail

LOS ANGELES CA 900
29 JUN 2022 PM 12 L

USA Forever



u.s. CourtHouse
office of the clerk
255 E. Temple St #180
los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL - 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

90012-333058